

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00860-CV

**IN THE INTEREST OF E.M.V.** and G.R.R., Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2023-PA-01828
Honorable Lisa Jarrett, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Because appellant is indigent, no costs are assessed.

SIGNED April 30, 2025.

_____
Lori Massey Brissette, Justice